UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES FISHER,<br><br>    Plaintiff,<br><br>  v.<br><br>LEONARD CARVER, et al.,<br><br>    Defendants. | CASE NO. C14-5200 BHS<br><br>ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND DISMISSING COMPLAINT WITH PREJUDICE |

This matter comes before the Court on Plaintiff James Fisher's ("Fisher") motion to proceed *in forma pauperis* (Dkt. 1) and proposed complaint (*id*. Exh. 1).

On March 10, 2014, Fisher filed the instant motion and proposed complaint. Dkt. 1. On November 14, 2011, Fisher filed the identical complaint (Case No. 11-5931BHS, Dkt. 1), and the Court dismissed the claims as time barred (*id*., Dkt. 38) and with prejudice for failure to respond to an order of the Court (*id*., Dkt. 41). Therefore, the Court finds that the instant complaint is frivolous, **DENIES** Fisher's motion to proceed *in forma pauperis*, and **DISMISSES** the complaint **with prejudice**. If any further

documents are filed in this case, the Clerk shall post them to the electronic docket for record purposes without further intervention of the Court.

Dated this 11th day of March, 2014.

BENJAMIN H. SETTLE
United States District Judge